**MACROSOLVE, INC.,**
**Plaintiff–Appellee**

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY, Defendant.**

**Newegg, Inc., Defendant–Appellant.**

No. 2015–1642.

United States Court of Appeals, Federal Circuit.

Feb. 9, 2016.

Matthew Antonelli, Antonelli, Harrington & Thompson, LLP, Houston,. TX, argued for plaintiff-appellee. Also represented by Larry D. Thompson, Jr., Zachariah Harrington, Califf T. Cooper.

Daniel H. Brean, The Webb Law Firm, Pittsburgh, PA, argued for defendant-appellant. Also represented by Kent E. Baldauf, Jr., Bryan P. Clark, Christian D. Ehret; Mark A. Lemley, Durie Tangri LLP, San Francisco, CA; Richard Gregory Frenkel, Latham & Watkins LLP, Menlo Park, CA.

PROST, Chief Judge, MAYER and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**